PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
3:13CR30007-002

DOCKET NUMBER (Rec. Court)
14-03059-01-CR-S-DGK

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| DIANA WARRICK<br>1508 N. Granite Drive<br>Nixa, Missouri 65714 | Western Arkansas | Harrison |
| | NAME OF SENTENCING JUDGE<br>Honorable P.K. Holmes III | |
| | DATES OF PROBATION/ SUPERVISED RELEASE — FROM 07/28/2014 | TO 07/27/2017 |

**OFFENSE**

Possession and Use of an Identity Document of Another in violation of 18 U.S.C. §§ 1028(a)(7) & 2
Possession of Five or More Identification Documents in violation of 18 U.S.C. §§ 1028(a)(3) & 2
Possession of Fifteen or More Unauthorized Access Devices in violation of 18 U.S.C. §§ 1029(a)(3) & 2

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **WESTERN** DISTRICT OF **ARKANSAS**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **WESTERN DISTRICT OF MISSOURI** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7-31-14
_Date_

_P. K. Holmes_
_United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **WESTERN** DISTRICT OF **MISSOURI**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8-6-14
_Effective Date_

_United States District Judge_